**Exhibit A to the Complaint**

**Location:** Winchester, MA  
**Total Works Infringed:** 24

**IP Address:** 108.49.40.75  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 05438F2CF69D18238BBA727486A2E2701D8C6209<br>File Hash:<br>2410CBC313B4B1900B9EA08395296AB2AC2FC150963C30152F45421D5C4DE38C | 05-30-2023 00:42:18 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 2 | Info Hash: DBA02866E5BD0D4D5FCFFB15FEB41DBEC49237EE<br>File Hash:<br>8722DD6B016D4F3C4ED50F3E0C96774BAC510F2F85F539DE9A858C201A2B0B56 | 05-07-2023 17:56:51 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 3 | Info Hash: 97E436E4F5A28914666678555D5F66D6CC0FD001<br>File Hash:<br>A27DC3A53730A515FA1063DE3D2452E36AA4CEC83855EEF0DA9FB47117889965 | 05-02-2023 10:21:26 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |
| 4 | Info Hash: 958114234F010ED12787587C6B9FA13E19388CF1<br>File Hash:<br>17C933C89E74662BB0E434F950700350EFBF8409B3B5B23B799B9C7E11D2DFA7 | 12-25-2022 21:14:33 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 5 | Info Hash: 89F958D507CD3D674F1E7D1779C02D717C70434C<br>File Hash:<br>B5D31B55B67A613807EBBE4CE720BB877617D202C94A27E457204CD09B918633 | 12-16-2022 14:29:13 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |
| 6 | Info Hash: 3D12C142E56A6E39459711907ACDD5A07DA03127<br>File Hash:<br>DBC642F9DE43810227B6EDE773175652DD06978B99E6B302A7F07C9F2EAEBD77 | 12-10-2022 23:16:38 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 7 | Info Hash: B2BD02F85748E9B929C507FF7927035B3DB7D9C3<br>File Hash:<br>F5512656E2B6581C621ECB4540F947AD22C4D7282DEBB316F0E72005F6943ADC | 12-02-2022 16:39:44 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 8 | Info Hash: 30E07E2124EB9681F8D0DABF9E2121927302FD72<br>File Hash:<br>96A7A9222CD845946BB1F902ABD4BB1A3ACF0AB353C3A5AAA0C1C1F1C046C9CC | 11-28-2022 23:24:02 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 9 | Info Hash: 49AA44C17AB7EF7E8DEAD2ABEB7DAFCCA9BDE2CC<br>File Hash:<br>33CF0352EB90E38E8DEE767FB8FB8AB2662318B2A0C3BE6523EF801D48D4C014 | 11-25-2022 16:49:00 | Blacked | 01-01-2022 | 01-17-2022 | PA0002330118 |
| 10 | Info Hash: 338981A824928AA763B9E3D9BDE9D25FD5AE168F<br>File Hash:<br>6D891684FA81001D494C68013471143BBC4D3997873DD9640460F3F031CF7CCA | 10-24-2022 19:18:58 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |
| 11 | Info Hash: 1A76A113C1D33455F6FB4D100985C9DA1974F425<br>File Hash:<br>3A1FA743DEEE32C83316CCC75083FEBCC7CAAF64D5BE1B92439D792FDBDBA248 | 10-19-2022 20:15:01 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: ECBB9CA5B188231C32B5E776190C95490D88C90A<br>File Hash: 25A2913FB11437977C8B560C40FF5AA2A3578759FF426AE31889BFA76D5C2474 | 10-17-2022 20:57:46 | Tushy | 09-04-2022 | 11-27-2022 | PA0002388059 |
| 13 | Info Hash: 96DC281BBC29CA806926CC4077D1ECB27D969C4E<br>File Hash: 616C65B2D6B01182579D96F6B0B45C2987057D37833C8DDC310C39F701DD2246 | 10-03-2022 19:14:22 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |
| 14 | Info Hash: C7A42FE42017E6C151260FAF891792B447535F96<br>File Hash: 15DEACAA6CC03F75A8326B0296CB81A02305D5AD15E7E56B71AD311B8D354249 | 09-28-2022 20:42:07 | Vixen | 10-30-2020 | 11-18-2020 | PA0002272620 |
| 15 | Info Hash: 510C2BAB64EA5525520E00137D9908D94024D1AB<br>File Hash: 1C51B794FEAF50F037AB80706445580AD627E13343301FD34EDCC500BF4AB121 | 09-25-2022 02:12:11 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 16 | Info Hash: C20EA351BB316CBF2DC35ADB71846A2E49352ACB<br>File Hash: FD734D04BB084B82492FB2B26BB9EA993DAC49FEC7A01E646428AD8DC060F7B1 | 09-25-2022 02:11:10 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 17 | Info Hash: F3FFE03067B4C5FB4B05054E83FBB4081C9052F9<br>File Hash: FDDC943D33FE63B194E3B54CDB0426E2F2195DDCAC3A67F3941C7BFBB03CDAE4 | 09-24-2022 12:35:29 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 18 | Info Hash: 90BEDE1C87FEF47FC502567EF05EDA19FC678383<br>File Hash: 1C3652BCCE2E0E7EE5FA9B6F3B93191E60F451482D7D4719175314D8D20782C6 | 09-22-2022 14:44:39 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 19 | Info Hash: 95853F2466E696799E6030A6C5410F9A3FD3ADBA<br>File Hash: E3B038233B3BCE53E296ED91A72B24706143F40866B819C3AE8F25BF386F6FB0 | 09-21-2022 15:27:49 | Tushy | 07-12-2020 | 07-20-2020 | PA0002248965 |
| 20 | Info Hash: 18FDC4ACB531B90D57B9EEE2C94D467BBC34FE90<br>File Hash: 4A9B445CA2280628DE94904F70B3744A018FAFE55144119617E53AA81A1B5DDE | 09-20-2022 23:25:39 | Vixen | 06-26-2020 | 08-03-2020 | PA0002259094 |
| 21 | Info Hash: 12AAB75A3A3BB64DE4339240DF6D1269CAED426B<br>File Hash: C1E81036C947E3579382E5E77BA638DC7F8D78FDA01629B06263EEEE1D7D9F42 | 09-16-2022 18:01:41 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 22 | Info Hash: F4F4A5CAA897000F033302DD8274FEFA1C90FB0D<br>File Hash: 6E096BC0719E3B79FC016BAAC90EFE87D5DA321BCA9BAA8F1A8728508AD0EC4C | 08-26-2022 18:20:55 | Vixen | 06-19-2020 | 06-25-2020 | PA0002256361 |
| 23 | Info Hash: 588DB4C04C7B684302930EDB4957F771D6DF8AEF<br>File Hash: 0CF4655F724035B8B7CF9933798AE78FDB6CA1CFE0950895607B75F145E33614 | 08-26-2022 15:42:20 | Slayed | 02-22-2022 | 03-04-2022 | PA0002345461 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: D9F6076D4145F5E574FFDE66993B5D70E7E3CBE5<br>File Hash: 39B5A5580E39240898CA0E2F034DFD8ACCD0C18D98E2EE291BC07B4E336BED5C | 08-14-2022 20:37:17 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |